UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA KENDRA SIDERS,

    Plaintiff,                                       No. 16-13394

v.                                               District Judge Bernard A. Friedman
                                                 Magistrate Judge R. Steven Whalen

CITY OF EASTPOINTE, ET AL.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on August 8, 2017, Defendants' motion to compel discovery [Doc. #12] is GRANTED IN PART AND DENIED IN PART.

In response to many of the discovery requests, Plaintiff has claimed lack of memory. That may be. However, it is incumbent upon Plaintiff to make a good faith attempt to jog her memory. Therefore, she will undertake a diligent and good faith effort to obtain and produce the requested information, including information regarding her pre-incident medical treatment, and her 2004 lawsuit or claim against SMART. If she discovers or recalls information that has not yet been disclosed, she shall do so within 30 days of the date of this Order.

If Plaintiff is unable to locate or recall any of the requested information, she shall, within 30 days of the date of this Order, certify to Defendants in writing, under oath, the specific steps she has taken to obtain the information.

Plaintiff is also reminded that discovery is an ongoing obligation, and she must supplement her responses as additional information becomes available to her.

IT IS SO ORDERED.


Dated: August 14, 2017            s/R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

---

**CERTIFICATE OF SERVICE**

I hereby certify on August 14, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 14, 2017.

                                  **s/Carolyn M. Ciesla**
                                  **Case Manager for the**
                                  **Honorable R. Steven Whalen**